# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

**HEATHER DIANE NITCH**             **Chapter 13**

           **Case No.    18-22439**

## PRECIPICE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK:

Please withdraw the proof of claim filed in the Debtor's Claim Docket in the amount of $13449.05, unsecured claim #05, filed by Department of Education, C/O FedLoan Servicing. This claim has been filed in error.

           Respectfully submitted,

           /s/ Nathan A Summey
           **Death, Disability, and Bankruptcy Team**
           **American Education Services**
           **P.O. Box 8183**
           **Harrisburg, PA 17105-9972**

**Dated: February 25, 2019**