FILED
2/26/19 10:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re:

HEATHER DIANE NITCH

Chapter 13

Case No.    18-22439

Related to Docket No. 34

## PRECIPICE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK:

Please withdraw the proof of claim filed in the Debtor's Claim Docket in the amount of $13449.05, unsecured claim #05, filed by Department of Education, C/O FedLoan Servicing. This claim has been filed in error.

Respectfully submitted,

/s/ Nathan A Summey
Death, Disability, and Bankruptcy Team
American Education Services
P.O. Box 8183
Harrisburg, PA 17105-9972

Dated: February 25, 2019

SO ORDERED
February 26, 2019

drb

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Heather Diane Nitch  
      Debtor

Case No. 18-22439-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: aala    Page 1 of 1    Date Rcvd: Feb 26, 2019  
                      Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2019.  
db           +Heather Diane Nitch,    206 East Euclid Avenue,    New Castle, PA 16105-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                     TOTAL: 0

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2019                                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2019 at the address(es) listed below:  
           James   Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1 bkgroup@kmllawgroup.com  
           Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
           Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
           Sarah Kathleen McCaffery    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT Mortgage Loan Trust 2007-1 smccaffery@squirelaw.com  
                                                                                                                                    TOTAL: 4