**2100 B (12/15)**

# United States Bankruptcy Court

WESTERN DISTRICT OF PENNSYLVANIA
Case No. 18-22439-GLT
Chapter 13

In re: Debtor(s) (including Name and Address)

Heather Diane Nitch
206 East Euclid Avenue
New Castle PA 16105

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 04/30/2019.

Name and Address of Alleged Transferor(s):

Claim No. 7: The Bank of New York Mellon, as Trustee for CIT Mo, c/o Caliber Home Loans, 13801 Wireless Way, Oklahoma City, OK 73134

Name and Address of Transferee:

The Bank of New York Mellon, successor to The Bank of New York, etal
C/O SELECT PORTFOLIO SERVICING INC.
P.O. Box 65450
Salt Lake City, UT 84165-0450

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    05/03/19

Michael R. Rhodes
**CLERK OF THE COURT**

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                    Case No. 18-22439-GLT
Heather Diane Nitch                                                                       Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: aala           Page 1 of 1              Date Rcvd: May 01, 2019
                              Form ID: trc         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 03, 2019.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14894970         +E-mail/Text: ECMBKMail@Caliberhomeloans.com May 02 2019 03:37:50
      The Bank of New York Mellon, as Trustee for CIT Mo,    c/o Caliber Home Loans,
      13801 Wireless Way,    Oklahoma City, OK 73134-2500
                      TOTAL: 1

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 03, 2019                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 30, 2019 at the address(es) listed below:
      James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
      Mortgage Loan Trust 2007-1 bkgroup@kmllawgroup.com
      Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
      Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
      Sarah Kathleen McCaffery    on behalf of Creditor    The Bank of New York Mellon, as Trustee for
      CIT Mortgage Loan Trust 2007-1 smccaffery@squirelaw.com
                      TOTAL: 4