# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

**Debtor:** HEATHER DIANE NITCH
**Case Number:** 18-22439-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, SEPTEMBER 12, 2019 09:30 AM    3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### Matter:

#13 - Continued Confirmation of Plan Dated 7/2/2018 (NFC)
R / M #:   13 / 0

### Appearances:

Debtor: Pro Se
Trustee: Winnecour / Pail / (Katz) / DeSimone
Creditor:

$15,014.61 in arrears.
Last payment was 2/6/19

### Proceedings:

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 10/8/19 at 9:30 AM
10. ____ Other:

9/5/2019    3:35:29PM