## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

*Conciliation Conference:*

    **Debtor:** HEATHER DIANE NITCH
    **Case Number:** 18-22439-GLT    **Chapter:** 13
    **Date / Time / Room:** THURSDAY, SEPTEMBER 12, 2019 09:30 AM   3251 US STEEL
    **Hearing Officer:** CHAPTER 13 TRUSTEE

*Matter:*

    #13 - Continued Confirmation of Plan Dated 7/2/2018 (NFC)
    R / M #: 13 / 0

*Appearances:*

    Debtor: Pro Se
    Trustee: Winnecour / Pail / (Katz) / DeSimone
    Creditor:

[handwritten: $15,014.61 in arrears. Last payment was 2/6/19]

*Proceedings:*

    Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. ✓ Contested Hearing: 10/8/19 at 9:30 AM
10. _____ Other:

9/5/2019    3:35:29PM