Case 18-22439-GLT    Doc 47    Filed 10/09/19    Entered 10/09/19 14:51:09    Desc Main
Document    Page 1 of 1

FILED
10/9/19 10:03 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-22439-GLT |
| | : | Chapter: 13 |
| Heather Diane Nitch | : | |
| | : | |
| | : | Date: 10/8/2019 |
| *Debtor(s)*. | : | Time: 09:30 |

## PROCEEDING MEMO

*MATTER:*    #13 - Confirmation of Chapter 13 Plan Dated 7/2/2018 (NFC)

*APPEARANCES:*

    Debtor:    Pro Se (present)
    Trustee:    Jana Pail

*NOTES:*
(9:51)

Pail: We're in month 10, 50 months remain, the last payment was made in Feb. 2019, there's been total payments of $4,000, the plan is $17,000 in arrears, and this is the debtor's third case.

Nitch: I've been working on my budgeting, and I should be able to get rid of unnecessary expenditures.

Court: Are you able to do a wage attachment?

Nitch: It somehow got stopped within ProUnlimited HR.

Court: It would be best if ProUnlimited made the attachment directly - it'd be an additional approx. $300 a month to cover the existing plan arrears, currently your payments are $2,178 a month. The wage attachment form is on the Court website.

Nitch: I will submit the form and get in touch with ProUnlimited HR right away.

Court: If you miss another payment I'm inclined to dismiss the case - so you need to (1) Submit an amended Sch. I, (2) Speak with ProUnlimited's HR department, and (3) Make your payments each month.

*OUTCOME:*

1. Debtor's *Confirmation of Chapter 13 Plan Dated 7/2/2018 (NFC)* [Dkt. No. 13] is CONTINUED to December 5, 2019, at 9:30 a.m. [Text Order to Issue]

2. On or before November 6, 2019, Debtor shall file (a) an amended Schedule I, and (b) a motion seeking approval of a monthly wage attachment of no less that $2,500/month. [Chambers to Prepare]

**DATED:** 10/8/2019