FILED
10/9/19 3:02 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : Case No. 18-22439-GLT |
| | : |
| HEATHER DIANE NITCH, | : Chapter 13 |
| | : |
| *Debtor.* | : Related to Dkt. No. 13 |
| | : |

## ORDER

This matter came before the Court to consider the confirmation of the Debtor's *Chapter 13 Plan Dated July 2, 2018* [Dkt. No. 13]. During the hearing on October 8, 2019, the chapter 13 trustee communicated that the proposed plan is significantly underfunded, there has not been a payment since February 2019, and this is Debtor's third bankruptcy case. Debtor represented that she would be able to shoulder additional monthly payments to cover the plan's current arrears. Based on the foregoing, and for the reasons stated on the record, it is hereby **ORDERED, ADJUDJED**, and **DECREED**, that:

1.      On or before **November 6, 2019**, Debtor shall file an amended Schedule I.

2.      On or before **November 6, 2019**, Debtor shall file a motion seeking approval of a monthly wage attachment of no less than $2,500/month.

gsgj

Dated: October 9, 2019

_____
GREGORY L. TADDONIO
UNITED STATES BANKRUPTCY JUDGE

Case Administrator to mail to:
Heather Diane Nitch
Ronda Winnecour, Esq.
Office of the U.S. Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                          Case No. 18-22439-GLT
Heather Diane Nitch                                                             Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2              User: hsmi              Page 1 of 1              Date Rcvd: Oct 09, 2019
                                 Form ID: pdf900         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 11, 2019.
db            +Heather Diane Nitch,    206 East Euclid Avenue,    New Castle, PA 16105-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0


          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 11, 2019                                      Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 9, 2019 at the address(es) listed below:
          James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, successor to The Bank of
           New York, not in its individual capacity but solely as Trustee on behalf of the holders of the
           CIT Mortgage Loan Trust, 2007-1 Asset-Backed Certif bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
           Mortgage Loan Trust 2007-1 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          Sarah Kathleen McCaffery    on behalf of Creditor    The Bank of New York Mellon, as Trustee for
           CIT Mortgage Loan Trust 2007-1 smccaffery@squirelaw.com
                                                                               TOTAL: 5