IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In Re: Heather D Mitch

        Debtor

Movant

    v.

No Respondent

Respondent (if none, then "No Respondent")

Bankruptcy No. 18-22439-GLT

Chapter 13

Related to Document No.

## AMENDMENT COVER SHEET

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

\_\_\_\_\_ Voluntary Petition - *Specify reason for amendment*:

Official Form 6 Schedules (Itemization of Changes Must Be Specified)
\_\_\_\_\_ Summary of Schedules
\_\_\_\_\_ Schedule A - Real Property
\_\_\_\_\_ Schedule B - Personal Property
\_\_\_\_\_ Schedule C - Property Claimed as Exempt
\_\_\_\_\_ Schedule D - Creditors holding Secured Claims
      Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule E - Creditors Holding Unsecured Priority Claims
      Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule F - Creditors Holding Unsecured Nonpriority Claims
      Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule G - Executory Contracts and Unexpired Leases
      Check one:
         \_\_\_\_\_ Creditor(s) added
         \_\_\_\_\_ NO creditor(s) added
         \_\_\_\_\_ Creditor(s) deleted
\_\_\_\_\_ Schedule H - Codebtors
  X   Schedule I - Current Income of Individual Debtor(s)
\_\_\_\_\_ Schedule J - Current Expenditures of Individual Debtor(s)
\_\_\_\_\_ Statement of Financial Affairs
\_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
\_\_\_\_\_ Chapter 11 List of Equity Security Holders
\_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
\_\_\_\_\_ Disclosure of Compensation of Attorney for Debtor
\_\_\_\_\_ Other: _____

FILED 2019 NOV -6 AM 11:25 U.S. BANKRUPTCY COURT CLERK PITTSBURGH

## NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES

Pursuant to Fed.R.Bankr.P. 1009(a) and Local Bankruptcy Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case, and to entities affected by the amendment as follows:

Date: 11/6/2019

_Heather Nitch_
Attorney for Debtor(s) [or *pro se* Debtor(s)]

_Heather Nitch, pro se_
(Typed Name)

_206 E Euclid Ave New Castle PA 16101_
(Address)

_724-714-9271_
(Phone No.)

_____
List Bar I.D. and State of Admission

Note: An amended matrix of creditors added by the amendment must be submitted on disk with the amendment. Attorneys filing electronically on the Case Management/Electronic Case Filing System may add creditors to the case electronically.

FILED
2019 NOV -6 AM 11: 26
CLERK
U.S. BANKRUPTCY COURT
PITTSBURGH

Fill in this information to identify your case:

Debtor 1: **Heather Diane Nitch**
First Name    Middle Name    Last Name

Debtor 2: _____
(Spouse, if filing) First Name  Middle Name  Last Name

United States Bankruptcy Court for the: **Western District of Pennsylvania**

Case number: **18-22439-GLT**
(If known)

Check if this is:
☑ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:
_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income            12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Employment

1. **Fill in your employment information.**

   If you have more than one job, attach a separate page with information about additional employers.

   Include part-time, seasonal, or self-employed work.

   Occupation may include student or homemaker, *if it applies.*

   |  | Debtor 1 | Debtor 2 or non-filing spouse |
   |---|---|---|
   | Employment status | ☑ Employed<br>☐ Not employed | ☐ Employed<br>☐ Not employed |
   | Occupation | Senior Writer | |
   | Employer's name | PRO Unlimited | |
   | Employer's address | 999 Stewart Ave<br>Number  Street<br><br>Bethpage    NY    11714<br>City    State   ZIP Code | Number  Street<br><br><br>City    State   ZIP Code |
   | How long employed there? | 1 1/2 years | 1 1/2 years |

## Part 2: Give Details About Monthly Income

*Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.*

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 2. | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | $ 6,600.00 | $ _____ |
| 3. | Estimate and list monthly overtime pay. | + $ _____ | + $ _____ |
| 4. | Calculate gross income. Add line 2 + line 3. | $ 6,600.00 | $ _____ |

Official Form 106I                    Schedule I: Your Income                    page 1

Debtor 1  **Heather Diane Nitch**   Case number (if known) 18-22439-GLT
First Name  Middle Name  Last Name

|  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|
| Copy line 4 here ............→ 4. | $ 6,600.00 | $ |

**5. List all payroll deductions:**

| | | |
|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions  5a. | $ 1,508.04 | $ |
| 5b. Mandatory contributions for retirement plans  5b. | $ | $ |
| 5c. Voluntary contributions for retirement plans  5c. | $ 198.00 | $ |
| 5d. Required repayments of retirement fund loans  5d. | $ | $ |
| 5e. Insurance  5e. | $ 265.12 | $ |
| 5f. Domestic support obligations  5f. | $ | $ |
| 5g. Union dues  5g. | $ | $ |
| 5h. Other deductions. Specify: _____  5h. +$ | | +$ |

6. **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h.  6.  $ 1,971.16   $

7. **Calculate total monthly take-home pay.** Subtract line 6 from line 4.  7.  $ 4,628.84   $

8. **List all other income regularly received:**

8a. **Net income from rental property and from operating a business, profession, or farm**
Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.  8a.  $ 500.00   $

8b. Interest and dividends  8b.  $   $

8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive**
Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.  8c.  $ 900.00   $

8d. Unemployment compensation  8d.  $   $

8e. Social Security  8e.  $   $

8f. **Other government assistance that you regularly receive**
Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.
Specify: _____  8f.  $   $

8g. Pension or retirement income  8g.  $   $

8h. Other monthly income. Specify: _____  8h. +$   +$

9. **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f +8g + 8h.  9.  $ 1,400.00   $

10. **Calculate monthly income.** Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.  10.  $ 6,028.84 + $ = $ 6,028.84

11. **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.
Specify: _____   11. + $ 400.00

12. **Add the amount in the last column of line 10 to the amount in line 11.** The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies  12.  $ 6,428.84
Combined monthly income

13. **Do you expect an increase or decrease within the year after you file this form?**
☑ No.
☐ Yes. Explain:

Official Form 106I   Schedule I: Your Income   page 2

| PRO Unlimited, Inc<br>999 Stewart Avenue, Suite 100<br>Bethpage, NY 11714 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BW5-PRO BILL Weekly Friday<br>10/12/2019<br>10/18/2019 | Business Unit:<br>Advice #:<br>Advice Date: | PROPF<br>3766853<br>10/25/2019 |
|---|---|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Heather Nitch<br>206 East Euclid Avenue<br>New Castle, PA 16105-2512 | Employee ID: 1050763<br>Department: 06173-PrO Liberty Mutual<br>Location: PRO Liberty Mutual<br>Job Title: Insurance<br>Pay Rate: $50.00 Hourly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>2 | N/A<br>1 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular Earnings | 50.000000 | 33.00 | 1,650.00 | 1,426.00 | 71,300.00 |
| TOTAL: | | 33.00 | 1,650.00 | 1,426.00 | 71,300.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 206.25 | 9,480.36 |
| Fed MED/EE | 22.96 | 1,027.11 |
| Fed OASDI/EE | 98.19 | 4,391.80 |
| PA Unempl EE | 0.99 | 42.78 |
| PA Withholdng | 48.62 | 2,174.84 |
| TOTAL: | 377.01 | 17,116.89 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Medical Plan Deduction | 58.32 | 408.24 | | | | Medical Plan Deduction | 0.00 | 274.61 |
| PrO Dental Deduction | 5.96 | 41.72 | | | | Workers Compensation Rate | 0.00 | 155.78 |
| Vision Plan Deduction | 2.09 | 14.63 | | | | | | |
| 401(k) Deduction | 49.50 | 2,139.00 | | | | | | |
| TOTAL: | 115.87 | 2,603.59 | TOTAL: | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,650.00 | 1,534.13 | 377.01 | 115.87 | 1,157.12 |
| YTD | 71,300.00 | 68,696.41 | 17,116.89 | 2,603.59 | 51,579.52 |

| YEAR-TO-DATE Leave Accrual | | | | | |
|---|---|---|---|---|---|
| Plan Name | Start Balance | Earned | Taken | Adjustment | End-Balance |
| | | | | | |

| NET PAY DISTRIBUTION | | | |
|---|---|---|---|
| | Account Type | Account Number | Deposit Amount |
| Advice #3766853 | Checking | XXXXXXXX9959 | 497.56 |
| | Checking | XXXXXXX7986 | 659.56 |
| TOTAL: | | | 1,157.12 |

MESSAGE:

PRO Unlimited, Inc
999 Stewart Avenue
Suite 100
Bethpage, NY 11714

Date: 10/25/2019

Advice No. 3766853

**Deposit Amount:** $1,157.12

**To The
Account(s) Of**

HEATHER NITCH
206 East Euclid Avenue
New Castle, PA 16105-2512

## NON-NEGOTIABLE

| PRO Unlimited, Inc<br>999 Stewart Avenue, Suite 100<br>Bethpage, NY 11714 | Pay Group:  BW5-PRO BILL Weekly Friday<br>Pay Begin Date: 10/05/2019<br>Pay End Date:  10/11/2019 | Business Unit: PROPF<br>Advice #:  3753265<br>Advice Date: 10/18/2019 |
|---|---|---|
| **Heather Nitch**<br>206 East Euclid Avenue<br>New Castle, PA 16105-2512 | Employee ID: 1050763<br>Department: 06173-PrO Liberty Mutual<br>Location: PRO Liberty Mutual<br>Job Title: Insurance<br>Pay Rate: $50.00 Hourly | **TAX DATA:**     Federal     PA State<br>Tax Status:   Single    N/A<br>Allowances:    2       1<br>Addl. Percent:<br>Addl. Amount: |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 50.000000 | 33.00 | 1,650.00 | 1,393.00 | 69,650.00 |
| **TOTAL:** | | 33.00 | 1,650.00 | 1,393.00 | 69,650.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 206.25 | 9,274.11 |
| Fed MED/EE | 22.96 | 1,004.15 |
| Fed OASDI/EE | 98.18 | 4,293.61 |
| PA Unempl EE | 0.99 | 41.79 |
| PA Withholdng | 48.62 | 2,126.22 |
| **TOTAL:** | 377.00 | 16,739.88 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Plan Deduction | 58.32 | 349.92 |
| PrO Dental Deduction | 5.96 | 35.76 |
| Vision Plan Deduction | 2.09 | 12.54 |
| 401(k) Deduction | 49.50 | 2,089.50 |
| **TOTAL:** | 115.87 | 2,487.72 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan Deduction | 0.00 | 235.38 |
| Workers Compensation Rate | 0.00 | 152.89 |
| *TAXABLE | | |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,650.00 | 1,534.13 | 377.00 | 115.87 | 1,157.13 |
| YTD | 69,650.00 | 67,162.28 | 16,739.88 | 2,487.72 | 50,422.40 |

### YEAR-TO-DATE Leave Accrual

| Plan Name | Start Balance | Earned | Taken | Adjustment | End-Balance |
|---|---|---|---|---|---|
| | | | | | |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #3753265 | Checking | XXXXXXXX9959 | 497.57 |
| | Checking | XXXXXXX7986 | 659.56 |
| **TOTAL:** | | | 1,157.13 |

**MESSAGE:**

PRO Unlimited, Inc
999 Stewart Avenue
Suite 100
Bethpage, NY 11714

Date: 10/18/2019

Advice No. 3753265

**Deposit Amount:** **$1,157.13**

**To The Account(s) Of**

HEATHER NITCH
206 East Euclid Avenue
New Castle, PA 16105-2512

## NON-NEGOTIABLE

| PRO Unlimited, Inc<br>999 Stewart Avenue, Suite 100<br>Bethpage, NY 11714 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BW5-PRO BILL Weekly Friday<br>09/28/2019<br>10/04/2019 | Business Unit:<br>Advice #:<br>Advice Date: | PROPF<br>3739528<br>10/11/2019 |
|---|---|---|---|---|

| | | TAX DATA: | Federal | PA State |
|---|---|---|---|---|
| Heather Nitch<br>206 East Euclid Avenue<br>New Castle, PA 16105-2512 | Employee ID: 1050763<br>Department: 06173-PrO Liberty Mutual<br>Location: PRO Liberty Mutual<br>Job Title: Insurance<br>Pay Rate: $50.00 Hourly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>2 | N/A<br>1 |

### HOURS AND EARNINGS

| | | Current | | YTD | | TAXES | | |
|---|---|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | Description | Current | YTD |
| Regular Earnings | 50.000000 | 33.00 | 1,650.00 | 1,360.00 | 68,000.00 | Fed Withholdng | 206.25 | 9,067.86 |
| | | | | | | Fed MED/EE | 22.96 | 981.19 |
| | | | | | | Fed OASDI/EE | 98.19 | 4,195.43 |
| | | | | | | PA Unempl EE | 0.99 | 40.80 |
| | | | | | | PA Withholdng | 48.62 | 2,077.60 |
| TOTAL: | | 33.00 | 1,650.00 | 1,360.00 | 68,000.00 | TOTAL: | 377.01 | 16,362.88 |

| BEFORE-TAX DEDUCTIONS | | | AFTER-TAX DEDUCTIONS | | | EMPLOYER PAID BENEFITS | | |
|---|---|---|---|---|---|---|---|---|
| Description | Current | YTD | Description | Current | YTD | Description | Current | YTD |
| Medical Plan Deduction | 58.32 | 291.60 | | | | Medical Plan Deduction | 0.00 | 196.15 |
| PrO Dental Deduction | 5.96 | 29.80 | | | | Workers Compensation Rate | 0.00 | 150.00 |
| Vision Plan Deduction | 2.09 | 10.45 | | | | | | |
| 401(k) Deduction | 49.50 | 2,040.00 | | | | | | |
| TOTAL: | 115.87 | 2,371.85 | TOTAL: | 0.00 | 0.00 | *TAXABLE | | |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,650.00 | 1,534.13 | 377.01 | 115.87 | 1,157.12 |
| YTD | 68,000.00 | 65,628.15 | 16,362.88 | 2,371.85 | 49,265.27 |

| YEAR-TO-DATE Leave Accrual | | | | | | NET PAY DISTRIBUTION | | |
|---|---|---|---|---|---|---|---|---|
| Plan Name | Start Balance | Earned | Taken | Adjustment | End-Balance | Account Type | Account Number | Deposit Amount |
| | | | | | | Advice #3739528 Checking | XXXXXXXX9959 | 497.56 |
| | | | | | | Checking | XXXXXXX7986 | 659.56 |
| | | | | | | TOTAL: | | 1,157.12 |

MESSAGE:

PRO Unlimited, Inc
999 Stewart Avenue
Suite 100
Bethpage, NY 11714

Date: 10/11/2019

Advice No. 3739528

**Deposit Amount:** $1,157.12

**To The Account(s) Of**

HEATHER NITCH
206 East Euclid Avenue
New Castle, PA 16105-2512

## NON-NEGOTIABLE

| PRO Unlimited, Inc<br>999 Stewart Avenue, Suite 100<br>Bethpage, NY 11714 | Pay Group:<br>Pay Begin Date:<br>Pay End Date: | BW5-PRO BILL Weekly Friday<br>09/21/2019<br>09/27/2019 | Business Unit:<br>Advice #:<br>Advice Date: | PROPF<br>3724995<br>10/04/2019 |
|---|---|---|---|---|

|  |  | **TAX DATA:** | Federal | PA State |
|---|---|---|---|---|
| **Heather Nitch**<br>206 East Euclid Avenue<br>New Castle, PA 16105-2512 | Employee ID: 1050763<br>Department: 06173-PrO Liberty Mutual<br>Location: PRO Liberty Mutual<br>Job Title: Insurance<br>Pay Rate: $50.00 Hourly | Tax Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Single<br>2 | N/A<br>1 |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular Earnings | 50.000000 | 33.00 | 1,650.00 | 1,327.00 | 66,350.00 |
| **TOTAL:** |  | 33.00 | 1,650.00 | 1,327.00 | 66,350.00 |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 206.25 | 8,861.61 |
| Fed MED/EE | 22.97 | 958.23 |
| Fed OASDI/EE | 98.18 | 4,097.24 |
| PA Unempl EE | 0.99 | 39.81 |
| PA Withholdng | 48.62 | 2,028.98 |
| **TOTAL:** | 377.01 | 15,985.87 |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Medical Plan Deduction | 58.32 | 233.28 |
| PrO Dental Deduction | 5.96 | 23.84 |
| Vision Plan Deduction | 2.09 | 8.36 |
| 401(k) Deduction | 49.50 | 1,990.50 |
| **TOTAL:** | 115.87 | 2,255.98 |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| **TOTAL:** | 0.00 | 0.00 |

### EMPLOYER PAID BENEFITS

| Description | Current | YTD |
|---|---|---|
| Medical Plan Deduction | 0.00 | 156.92 |
| Workers Compensation Rate | 0.00 | 147.11 |
| *TAXABLE |  |  |

|  | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 1,650.00 | 1,534.13 | 377.01 | 115.87 | 1,157.12 |
| YTD | 66,350.00 | 64,094.02 | 15,985.87 | 2,255.98 | 48,108.15 |

### YEAR-TO-DATE Leave Accrual

| Plan Name | Start Balance | Earned | Taken | Adjustment | End-Balance |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

### NET PAY DISTRIBUTION

| | Account Type | Account Number | Deposit Amount |
|---|---|---|---|
| Advice #3724995 | Checking | XXXXXXXX9959 | 1,157.12 |
| **TOTAL:** |  |  | 1,157.12 |

**MESSAGE:**

PRO Unlimited, Inc
999 Stewart Avenue
Suite 100
Bethpage, NY 11714

Date: 10/04/2019

Advice No. 3724995

**Deposit Amount:** **$1,157.12**

**To The
Account(s) Of**

HEATHER NITCH
206 East Euclid Avenue
New Castle, PA 16105-2512

## NON-NEGOTIABLE

**Income from Contract Work for Heather Nitch from Jan - Oct 2019**

| Description | Created (UTC) | Amount | Fee | Status |
|---|---|---|---|---|
| Invoice D91AA085-0006 | 10/2/19 13:49 | $650.00 | 19.15 | Paid |
| Invoice D91AA085-0005 | 9/4/19 15:55 | $875.00 | 25.68 | Paid |
| Payment for invoice D91AA085-0004 | 8/10/19 16:06 | $475.00 | 14.08 | Paid |
| Payment for invoice 78F61205-0001 | 7/30/19 23:10 | $100.00 | 3.2 | Paid |
| Payment for invoice C6679404-0001 | 7/30/19 18:53 | $40.00 | 1.46 | Paid |
| Payment for invoice D91AA085-0003 | 6/27/19 13:40 | $400.00 | 11.9 | Paid |
| Payment for invoice D91AA085-0002 | 5/28/19 14:21 | $400.00 | 11.9 | Paid |
| Payment for invoice D91AA085-0001 | 4/11/19 17:28 | $320.00 | 9.58 | Paid |

Total    $3,260.00

Monthly expenses
Website Hosting        $200.00
Software Subscriptions    $100.00

Total    $300.00

**Montly average**    **$500.00**