Case 18-22439-GLT    Doc 65    Filed 10/20/20    Entered 10/21/20 08:12:01    Desc Main
Document    Page 1 of 2

FILED
10/20/20 4:29 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- Debtor: HEATHER DIANE NITCH
- Case Number: 18-22439-GLT       Chapter: 13
- Date / Time / Room: THURSDAY, OCTOBER 15, 2020 09:00 AM    3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matters:**

1) #58 - Trustee's Certificate of Default to Dismiss
   R / M #: 58 / 0

2) #61 - Amended Plan Dated 8/27/2020 (FC)
   #63 - Objection filed by Bank of NY Mellon
   R / M #: 61 / 0

*Handwritten notes:* 7/28/18 plan confirmed final 2/9/19. Debtor (appearing pro se) said affected by Covid-19, she was laid during March to August. Plan extended to 84 months.

**Appearances:**

- Debtor: Nitch pro se
- Trustee: Winnecour / Pail / (Katz) / DeSimone
- Creditor: Nicholas for Bank of NY Mellon

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to _____, effective _____.
7. ____ Plan/Motion continued to _____ at _____.
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. ____ Contested Hearing: _____ at _____.
10. _X_ Other:

Trustee's COD / Motion to Dismiss at Doc # 58 is resolved by: proposed Confirmation of Debtor(s) Amended Plan /s/ proposed Order reflecting plan changes.

**CONFIRMATION ORDER TO BE ENTERED**

# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## PROPOSED CONFIRMATION ORDER

**Conciliation Conference:**

- **Debtor:** HEATHER DIANE NITCH
- **Case Number:** 18-22439-GLT    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, OCTOBER 15, 2020 09:00 AM   3251 US STEEL
- **Chapter 13 Plan Dated:** 8/27/20
- **Next Hearing Date and Time:** _____

*The Parties, including the Debtor(s) and the Attorney for the Debtor(s), if any, hereby agree as follows:*

☐ (1) No Changes to standard confirmation order.

(2) Changes to the standard Confirmation Order as indicated

☒ A. For the remainder of the Plan Term, the Plan payment is amended to be $ **2582** as of **11/20**. Debtor(s)' counsel shall file a motion to amend the income attachment order within five (5) days of the date of this Order.

☒ B. The length of the Plan is increased to a total of **84** months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees.

☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority or extent of liens, including determination of the allowed amount of secured claims under 11 U.S.C. 506, disputes over the amount and allowance of claims entitled to priority under 11 U.S.C. 507, and all objections to claims.

☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐ F. _____ shall be paid monthly payments of $ _____ beginning with the Trustee's _____ distribution and continuing for the duration of the plan term, to be applied by that creditor to its administrative claim, budget payments and/or security deposit. These payments shall be at the <u>fifth</u> distribution level.

☐ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the debtor(s) successfully objects to the claim:

☒ H. Additional Terms:

☐ Fee application needed if any fee (including retainer) exceeds $4,000 including any fees paid to prior counsel.

☐ Motion to Amend/Modify Plan resolved and all Objections to Plan withdrawn upon entry of Confirmation Order.

The secured claim(s) of the following creditor(s) shall govern, and then following all allowed post-petition payment change notices filed of record:

Bank of NY Mellon (CL#7)

The secured claim(s) of the following creditors shall govern as to claim amount, to be paid at interest of ~~mortgage~~ claim rate, in a monthly amount to be determined by Trustee to pay in full:

Ally Financial (CL#3)

10/7/2020   2:53:17PM