FILED
4/29/2021 10:49 AM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name  Heather D Nitch

Case No.  18-22439-GLT

Month  March                    Year  2021

**Gross receipts for month:**  4384.00

(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 4384.00

**Business expenses paid:**

| Description | Amount |
|---|---|
| software subscriptions | 210.00 |
| equipment maintenance | 40.00 |

TOTAL EXPENSES: $ 250.00

NET PROFIT OR (LOSS) FOR MONTH: $ 4134.00

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

PAWB Local Form 5  (07/13)                                    Page 8 of 9

## MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES

Debtor's name: Heather D Nitch
Case No.: 18-22439-GLT
Month: April         Year: 2021

Gross receipts for month: 5,374
(If more than one source, list each)

TOTAL GROSS RECEIPTS: $ 5374.00

Business expenses paid:

| Description | Amount |
|---|---|
| Software subscriptions | 210.00 |
| Equipment maintenance | 40.00 |

TOTAL EXPENSES: $ 250.00

NET PROFIT OR (LOSS) FOR MONTH: $ 5124.00

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED