**MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES**

Debtor's name   Heather Diane Nitch

Case No.   18-22439-GLT

Month   October                              Year   2021

FILED
11/22/2021 3:33 PM
CLERK
U.S. BANKRUPTCY
COURT - WDPA

Gross receipts for month:         6438.00

(If more than one source, list each)

TOTAL GROSS RECEIPTS:   $  6438.00

Business expenses paid:

| Description | Amount |
|---|---|
| Software Subscriptions | 210.00 |
| Equipment Maintenance | 40.00 |

TOTAL EXPENSES:   $   250.00

NET PROFIT OR (LOSS) FOR MONTH:   $   6188.00

Reports for each month are due by the 15th day of the following month and should be mailed to:
Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED

**MONTHLY OPERATING REPORT FOR CHAPTER 13 CASES**

Debtor's name ___Heather Diane Nitch_____

Case No. __18-22439-GLT_____

Month __September_____        Year ___2021_____

Gross receipts for month:                 _____6174.00_____

(If more than one source, list each)      _____

                                                                           TOTAL GROSS RECEIPTS:   $___6174.00_____

Business expenses paid:

| Description | Amount |
|---|---|
| Software Subscriptions | 210.00 |
| Equipment Maintenance | 40.00 |

                                                                              TOTAL EXPENSES:   $_____250.00_____

                            NET PROFIT OR (LOSS) FOR MONTH:   $____5924.00_____

Reports for each month are due by the 15th day of the following month and should be mailed to:

Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA 15219

USE ADDITIONAL SHEETS IF NEEDED