**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HEATHER DIANE NITCH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-22439 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/18/2018 and confirmed on 12/06/2018 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | | | |
|---|---|---|---|---|
| Total Receipts | | | | 13,070.00 |
| Less Refunds to Debtor | | 5.00 | | |
| TOTAL AMOUNT OF PLAN FUND | | | | 13,065.00 |
| | | | | |
| Administrative Fees | | | | |
| Filing Fee | | 0.00 | | |
| Notice Fee | | 0.00 | | |
| Attorney Fee | | 0.00 | | |
| Trustee Fee | | 576.96 | | |
| Court Ordered Automotive Insurance | | 0.00 | | |
| TOTAL ADMINISTRATIVE FEES | | | | 576.96 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 2949 | 0.00 | 8,857.67 | 0.00 | 8,857.67 |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 2949 | 52,303.71 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL(*)<br>Acct: 0482 | 12,550.00 | 2,206.32 | 1,114.05 | 3,320.37 |
| | | | | 12,178.04 |
| **Priority** | | | | |
| HEATHER DIANE NITCH<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| HEATHER DIANE NITCH<br>Acct: | 5.00 | 5.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXX9GLT | 310.00 | 310.00 | 0.00 | 310.00 |
| | | | | 310.00 |
| **Unsecured** | | | | |
| SUNTRUST BANK | 13,449.05 | 0.00 | 0.00 | 0.00 |

| 18-22439 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| Acct: 9415 | | | | | |
| | PENN POWER** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 5555 | | | | | |
| | COLUMBIA GAS OF PA INC(*) | 3,099.09 | 0.00 | 0.00 | 0.00 |
| Acct: 9415 | | | | | |
| | ECMC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9415 | | | | | |
| | ALLY FINANCIAL(*) | 7,107.20 | 0.00 | 0.00 | 0.00 |
| Acct: 0482 | | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 202.64 | 0.00 | 0.00 | 0.00 |
| Acct: 4472 | | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 969.42 | 0.00 | 0.00 | 0.00 |
| Acct: 1978 | | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,669.51 | 0.00 | 0.00 | 0.00 |
| Acct: 0080 | | | | | |
| | STANLEY GREENHOUSE III | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | COLUMBIA GAS OF PA INC(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | RICHARD M SQUIRE & ASSOC LLC (FRMLY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | BRIAN C NICHOLAS ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | AIS PORTFOLIO SERVICES (AMERICAN IN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | | | | 12,488.04 |
|---|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY              310.00
SECURED            64,853.71
UNSECURED         27,496.91

Date: 02/04/2022

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com